IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| REGINALD EARL KNIGHT,        )<br>                              )<br>    Plaintiff,                )<br>                              )<br>    v.                        )<br>                              )<br>OFFICER TAGGART of the        )<br>Montgomery County Jail,       )<br>                              )<br>    Defendant.                )  | CIVIL ACTION NO.<br>2:15cv361-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit challenging the defendant correctional officer's use of racial epithets and vulgar language towards him, verbal harassment of him, and tripping him and causing him to fall and hurt himself.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  Also before the court is the plaintiff's objection to the recommendation.  After an independent and de novo review of the record, the court concludes that

plaintiff's objection should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 17th day of June, 2015.

                          /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE