IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
REGINALD EARL KNIGHT,       )
                            )
    Plaintiff,               )
                            )        CIVIL ACTION NO.
    v.                       )          2:15cv361-MHT
                            )              (WO)
OFFICER TAGGART of the       )
Montgomery County Jail,      )
                            )
    Defendant.               )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objection (doc. no. 5) is overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 4) is adopted.

(3) This lawsuit is dismissed without prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 17th day of June, 2015.

                                      /s/ Myron H. Thompson  
                                UNITED STATES DISTRICT JUDGE